# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-2294

_____

James B. McCray

*Plaintiff - Appellant*

v.

Eric K. Shinseki, Secretary Department of Veterans Affairs Agency, in his official capacity

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: April 2, 2014
Filed: April 7, 2014
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

James McCray appeals the district court's[1] adverse grant of summary judgment in his employment action, in which he claimed that defendant terminated him in

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

retaliation for engaging in protected activity, in violation of Title VII. After careful de novo review, see Olsen v. Capital Region Med. Ctr., 713 F.3d 1149, 1153 (8th Cir. 2013) (standard of review), we conclude that summary judgment was proper, because defendant presented evidence of a legitimate, non-retaliatory reason for terminating the employment of McCray, a probationary employee, and McCray failed to demonstrate that a genuine issue of fact existed on whether the stated reason was a pretext for illegal retaliation.

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____